JOSEPH W. BAILEY *v.* JOSEPH B. RYAN

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Harry T. Constas,* in support of the petition.

Submitted December 19, 1972—decided January 2, 1973

ROBERT WAYANS *v.* JOHN WOLFE, WARDEN OF NEW HAVEN COMMUNITY CORRECTIONAL CENTER

The petitioner's motion for review of the order of the Superior Court in New Haven County denying him bail is granted; his motion to vacate the order of that court denying him bail is denied.

*James W. Marshall,* public defender, in support of the motion.

*Jerrold H. Barnett,* assistant state's attorney, in opposition.

Submitted December 20, 1972—decided January 2, 1973

SYMMEE STROH *v.* IRVING E. STROH

The defendant's "Motion for Appointment of Attorney" from the Superior Court in New Haven County is dismissed.

*Irving E. Stroh,* pro se, in support of the motion.

Submitted December 21, 1972—decided January 2, 1973